IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
SEVENTH JUDICIAL DISTRICT

The Estate of LETHA M. GRAY, by
and through ELLA RUDD, Administratrix
of the Estate of LETHA M. GRAY, and for the
Use and Benefit of the Wrongful Death
Beneficiaries of Letha M. Gray,                                                        PLAINTIFF

vs.                                                                              CAUSE NO. 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CIV

BEVERLY ENTERPRISES, INC.; BEVERLY
ENTERPRISES-MISSISSIPPI, INC.;
BEVERLY HEALTH AND REHABILITATION
SERVICES, INC.; HINDS COUNTY NURSING
AND REHABILITATION CENTER, LLC, TREND
CONSULTANTS, LLC; JAMES C. LANDERS;
DAVID DEVEREAUX; DAVID R. BANKS;
LEWIS SEWELL; CHARLIE R. SINCLAIR, JR.;
BOBBIE LUCILLE BLACKARD; ALICHA D. LINDSAY;
JOHN DOES 1 THROUGH 10; and UNIDENTIFIED
ENTITIES 4 THROUGH 10
(as to BEVERLY HEALTHCARE-NORTHWEST n/k/a
HINDS COUNTY NURSING AND REHABILITATION
CENTER),                                                                              DEFENDANTS

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS DEFENDANTS, DAVID DEVEREAUX, DAVID BANKS, LEWIS SEWELL, CHARLIE R. SINCLAIR, JR., BOBBIE LUCILLE BLACKARD AND ALICHA D. LINDSAY

This cause came on to be heard on Defendants' Motion to Dismiss Defendants, David Devereaux, David Banks, Lewis Sewell, Charlie R. Sinclair, Jr., Bobbie Lucille Blackard and Alicha D. Lindsay.

Upon hearing argument on this motion and reviewing the files and submissions of the parties, the Court orders as follows:

**IT IS THEREFORE, ORDERED and ADJUDGED**, that Defendants' Motion to Dismiss Defendants, David Devereaux, David Banks, Lewis Sewell, Charlie R. Sinclair, Jr., Bobbie Lucille Blackard and Alicha D. Lindsay is denied.

**SO ORDERED AND ADJUDGED**, this, the 31st day of October, 2006.

_Tomie Green_
CIRCUIT JUDGE

SUBMITTED BY:

_Gale N. Walker_
**Gale Nelson Walker**
Mississippi Bar No. 101109
**WILKES & MCHUGH, P.A.**
*Attorneys for Plaintiff*

ATTEST A TRUE COPY

NOV 0 2 2006

BARBARA DUNN, CIRCUIT CLERK
BY_____ D.C.